884

No. 387. TRANSCONTINENTAL & WESTERN AIR, INC. v. CIVIL AERONAUTICS BOARD. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. MR. JUSTICE REED took no part in the consideration or decision of this application. *Gerald B. Brophy* for petitioner. *Solicitor General Perlman* for respondent.

No. 193. WASHINGTON v. ARKANSAS. Supreme Court of Arkansas. Certiorari denied. *Leon A. Ransom* for petitioner. *Guy E. Williams,* Attorney General of Arkansas, and *Oscar E. Ellis,* Assistant Attorney General, for respondent.

No. 218. HENDERSON v. SHELL OIL CO., INC. ET AL. Supreme Court of Texas. Certiorari denied. *Douglas H. Jones, Douglas L. C. Jones* and *Joe E. Estes* for petitioner. *Geo. W. Cunningham* for the Shell Oil Co.; and *Leslie Humphrey* for Mount, respondents.

No. 238. ERRECA ET AL. v. UNITED STATES. Court of Claims. Certiorari denied. *Edward F. Treadwell* and *Reginald S. Laughlin* for petitioners. *Solicitor General Perlman, Assistant Attorney General Vanech* and *Roger P. Marquis* for the United States.

No. 294. DEEB v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Fred H. Rees* for petitioner. *Solicitor General Perlman, Robert S. Erdahl* and *Harold D. Cohen* for the United States.